In the Matter of the Foreclosure of Tax Liens by CITY OF HUDSON. FIRST CHURCH OF GOD IN CHRIST, INC., Appellant; CITY OF HUDSON, Respondent.

Decided June 10, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.